UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY POPOV, ) | 1:06-cv-0945-OWW-TAG HC |
| ) Petitioner, ) | ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS |
| v. ) | |
| John Marshall, ) | (Doc. 6) |
| ) Respondent. ) | |

Petitioner Alexey Popov is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.§ 2254.

On November 26, 2007, the Court ordered Petitioner to file an amended petition. (Doc. 5). In that Order, the Court noted that Petitioner's claims may be barred by the statute of limitations, but that it is possible that Petitioner may have neglected to include in his original petition pertinent information regarding the claims he presented on appeal to the California Supreme Court, if any, the date on which the California Supreme Court ruled on any such appeal, and all state habeas petitions he filed, the courts in which the state habeas petitions were filed, and the dates on which the state courts ruled on those habeas petitions. Petitioner was ordered to file an amended petition within 30 days from the date of service of the Order. The Order was served on November 26, 2007.

On December 20, Petitioner filed a request to extend the time to file his amended petition. (Doc. 6). Petitioner indicated in that request that he needs additional time to "review the (issues) research and draft the petition identifying the constitutional issues that may warrant relief, this would include further addressing the (AEDPA) procedural application." (Id.).

1

Good cause appearing, the Court will grant Petitioner's request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time to file an amended petition for writ of habeas corpus (Doc. 6), is GRANTED;
2. Petitioner is granted thirty (30) days from the date of service of this order in which to file an amended petition for writ of habeas corpus. No further extensions of time will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   **December 26, 2007**                              /s/ Theresa A. Goldner
                                                         UNITED STATES MAGISTRATE JUDGE

2