# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY POPOV,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>    Respondent. | 1:06-cv-00945 OWW-TAG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 9)<br><br>ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 8)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On February 7, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the amended petition for writ of habeas corpus be DISMISSED because it was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d).  (Doc. 9).  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order.  On March 24, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations.  (Doc. 11).

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the

record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations issued February 7, 2008 (Doc. 9), are ADOPTED IN FULL;

    2. The amended petition for writ of habeas corpus (Doc. 8) is DISMISSED; and

    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 27, 2008**         /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE