**FILED**

MAY 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALEXEY POPOV,

vs.

JOHN MARSHALL,

_____/

**ORDER RE: CERTIFICATE OF
APPEALABILITY**

1:06-CV-00945 OWW/TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____      Granted for the following reason:

_____

_____

_____

_____

X      Denied for the following reason:

TIME BARRED PETITION     NO GROUNDS FOR

EQUITABLE TOLLING.

_____

_____

Dated: 5 19 08

OLIVER W. WANGER
United States District Judge